*Jerome H. Searl* for appellant.

*Saul H. Alderman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL DU BYK, Appellant.

Argued October 4, 1955; decided October 20, 1955.

*Nancy Carley* for appellant.

*Daniel V. Sullivan, District Attorney (John B. Lee* and *Walter E. Dillon* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL AHEARN, Appellant.

Argued October 6, 1955; decided October 20, 1955.